UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cvv-81251-DMM

HOWARD COHAN,

    Plaintiff,

vs.

ALTON PBG GROUP, INC., a Florida Profit Corporation d/b/a LYNORAS and UPTOWN BOCA RESTAURANT, INC., a Florida Profit Corporation d/b/a LYNORAS

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendants, ALTON PBG GROUP, INC., a Florida Profit Corporation, d/b/a LYNORAS and UPTOWN BOCA RESTAURANT, INC., a Florida Profit Corporation, d/b/a LYNORAS (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against ALTON PBG GROUP, INC., a Florida Profit Corporation, d/b/a LYNORAS and UPTOWN BOCA RESTAURANT, INC., a Florida Profit Corporation, d/b/a LYNORAS; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED October 26, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Gary A. Isaacs, Esquire** |
| Gregory S. Sconzo, Esq. | GARY A. ISAACS, ESQUIRE |
| Florida Bar No.: 0105553 | Florida Bar No.: 602663 |
| Samantha L. Simpson, Esq. | COHEN NORRIS WOLMER RAY |
| Florida Bar No.: 1010423 | TELEPMAN BERKOWITZ & COHEN |
| Sconzo Law Office, P.A. | *Attorneys for Defendants* |
| 3825 PGA Boulevard, Suite 207 | 712 U.S. Highway One, Suite 400 |
| Palm Beach Gardens, FL 33410 | North Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 844-3600 |
| Facsimile: (561) 491-9459 | Email: gai@fcohenlaw.com |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |

1

Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
    **Gregory S. Sconzo, Esq.**